# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-3017

_____

Eugene Hampton,

*Plaintiff - Appellant,*

v.

City of St. Louis; St. Louis City Justice Center; Missouri State Public Defenders Office; Neal Barron,

*Defendants,*

Unknown Walker, Lieutenant,

*Defendant - Appellee,*

Unknown Briggs, Lieutenant,

*Defendant,*

Shelby Nord,

*Defendant - Appellee,*

Disciplinary Committee Hearing Officer(s), St. Louis Justice Center,

*Defendant.*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 7, 2023
Filed: December 13, 2023
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.
_____

PER CURIAM.

Eugene Hampton appeals the district court's[1] grant of summary judgment dismissing his action under 42 U.S.C. § 1983 alleging that correctional officers used excessive force against him. Upon careful de novo review of the record, we find no basis for reversal. *See Myers v. Lutsen Mts. Corp.*, 587 F.3d 891, 892-93 (8th Cir. 2009) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.